■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LLOYD P. DODGE, PAUL GREENE and THOMAS KEEGAN, Defendants. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LLOYD P. DODGE and KENNETH LEEDS, Defendants. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LLOYD P. DODGE, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. KENNETH H. LEEDS, Defendant.— Motions by all defendants for reargument of motions to dismiss indictments and for other relief referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur. Motions denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DUFFY, Appellant.— Motion for reargument denied. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FISH, Appellant.— Motion by defendant for leave to dispense with printing on an appeal from an order denying, without a hearing, his *coram nobis* application. Motion denied. An examination of the papers submitted discloses that, as matter of law, the remedy of *coram nobis* is not available to defendant on any of the grounds urged by him and that there is no merit in the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LYONS, Appellant.— Motion by defendant for leave to dispense with printing and for assignment of counsel on an appeal from an order denying his *coram nobis* application. Motion denied. An examination of the papers submitted discloses that, as matter of law, the remedy of *coram nobis* is not available to defendant on any of the grounds urged by him and that there is no merit in the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ LEON K. SHANACK, Appellant, v. LONG ISLAND DAILY PRESS PUBLISHING COMPANY, INC., Respondent.— Motion for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ NORMA SPRINGER et al., Respondents, v. JOHN CARLSON, Appellant. JOHN WEIBOLD, Respondent, v. JOHN CARLSON, Appellant.— Motion to stay examination before trial, pending appeal, granted on condition that appellant be ready to argue or submit the appeal on October 3, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ VENTURO HOLDING CORP. et al., Respondents, v. 600 WEST 113TH STREET CORPORATION, Appellant, and ANTHONY VENTURO et al., Respondents.— Motion by appellant for a stay pending appeal denied, without costs. Motion by appellant for an extension of time to answer the amended complaint pending appeal granted, and appellant's time extended until 15 days after service of a copy of the order determining the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ DOUGLAS WILSON et al., Appellants, v. ROBERT H. BENNETT et al., Respondents. DOUGLAS WILSON, as Administrator of the Estate of LUCY WILSON, Deceased, Appellant, v. ROBERT H. BENNETT et al., Respondents.— Motion by respondents Sisco to dismiss appeal denied, without costs, with leave to renew the motion on the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.